**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: _____

DUPENSKI DESPEINES,
an Individual,

        Plaintiff,

v.

EDS SERVICE SOLUTIONS, LLC,
a Foreign Profit Corporation,

        Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant, EDS SERVICE SOLUTIONS, LLC ("Defendant") hereby invoke the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441 and states the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1. This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law (Title VII).

### TIMELINESS OF REMOVAL

2. On April 5, 2019, Plaintiff, Dupenski Despeines ("Plaintiff") commenced a civil action against Defendant by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-010529-CA-01.

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the State Court Docket, including all process, pleadings, documents, and orders which have been served upon Defendant are attached hereto as Exhibit "A."

CASE NO.: _____

4. Plaintiff served Defendant with the Complaint on May 15, 2019.

5. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint.

6. This Notice is filed with this Court within thirty (30) days after Defendant received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

FEDERAL QUESTION JURISDICTION

7. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in the Complaint a violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* The Court has supplemental jurisdiction over the remaining state law discrimination and retaliation claims.[1]

VENUE

8. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10. Contemporaneously with this filing, Defendant also is filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as Exhibit "B."

---

[1] There also exists diversity of citizenship between the parties, and, because this is a civil rights action wrongful termination case, the amount in controversy is satisfied because: (1) it has been over 1 year since Plaintiff was terminated; (2) Plaintiff is entitled to his fees and costs if he prevails. These damages, through the time of trial, are nearly certain to exceed the amount in controversy as found by various judges within the Southern District of Florida.

CASE NO.: _____

11. As required by Federal Rule of Civil Procedure 81(c)(2), Defendant will file a response to Plaintiff's Complaint in this Court within seven days of filing this Notice of Removal.

WHEREFORE Defendant, EDS SERVICE SOLUTIONS, LLC, removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

By: */s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.
Florida Bar No.: 11255
Email: *neil.kodsi@jacksonlewis.com*
Jason S. Miller, Esq.
Florida Bar No.: 118336
Email: *jason.miller@jacksonlewis.com*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*/s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.

CASE NO.: _____

## **SERVICE LIST**

**United States District Court for the Southern District of Florida**
*Dupenski Despeines v. EDS Service Solutions, LLC*
Case No. _____

Robert Newton Harris, Esq.
Florida Bar No.: 87671
E-mail: *robert@harrislawinfo.com*
    *lruiz@harrislawinfo.com*
THE HARRIS LAW FIRM GROUP, P.A.
201 South Biscayne Boulevard, Suite 2650
Miami, FL 33131
Tel.: (305) 536-6131

*Attorneys for Plaintiff*

Neil D. Kodsi, Esq.
Florida Bar No.: 11255
Email: *neil.kodsi@jacksonlewis.com*
Jason S. Miller, Esq.
Florida Bar No.: 118336
Email: *jason.miller@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Attorneys for Defendant*